UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. _05115153_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| *Raymond Militante* | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

*Veronica Vega - Almen*

DATED: ___6/3/08___

**ANTHONY J. BATTAGLIA**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____   **Y. MADUENO**

Deputy Clerk