# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                                        )
                    Plaintiff                      )       CRIMINAL NO. _OS1151573_
                                                        )
                                                        )                    ORDER
        vs.                                          )
                                                        )       RELEASING MATERIAL WITNESS
_Raymond Militante Labaja_          )
                    Defendant(s)                )       Booking No.
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court)

_Natividad Bratag - Casual_
_AKA: Officioul Natividad Sallajos - Josed_

DATED: _6/3/08_

ANTHONY J. BATTAGLIA

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____              OR
                    DUSM

                                            W. SAMUEL HAMRICK, JR.  Clerk
                                                    by _____ **N. MADUENO**
                                                            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                                    ☆ U.S. GPO: 2003-581-774/70082