FILED
JUN - 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case 08CR 1831 LAB |
|---|---|
| Plaintiff, | ) I N F O R M A T I O N |
| v. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| RAYMOND MILITANTE-REBAYA, | ) (v)(II) - Transportation of |
| true name Raymond | ) Illegal Aliens and Aiding and |
| Militante Rebaya, | ) Abetting |
| Defendant. | ) |

The United States Attorney charges:

On or about May 19, 2008, within the Southern District of California, defendant RAYMOND MILITANTE-REBAYA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Javier Rabadan-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
5/23/08